IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARDARIUS WILKERSON,<br>#31538-076,<br><br>　　Petitioner,<br><br>v.<br><br>ALAN COHEN, *et al.*,<br><br>　　Respondents. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACT. NO. 2:22-cv-552-ECM<br>)　　　　　　　(WO)<br>)<br>)<br>) |

**MEMORANDUM OPINION and ORDER**

On November 8, 2022, the Magistrate Judge entered a Recommendation that this case is DISMISSED without prejudice for the Petitioner's failure to prosecute this action and respond to the orders of the Court. (Doc. 3). No objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute this action and respond to the orders of the Court.

Done this 4th day of January, 2023.

　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE